**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02254-REB-CBS

FRED KAUFMAN, and
MITZI TOWNSHEND,

    Plaintiffs,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION,
CHASE BANK, USA, NATIONAL ASSOCIATION,
CITIBANK (SOUTH DAKOTA), NATIONAL ASSOCIATION,
BARCLAYS BANK, PLC,
HSBC CARD SERVICES, INC., and
AMERICAN EXPRESS COMPANY,

    Defendants

---

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR REMAND TO STATE COURT**

---

**Blackburn, J.**

The matter before me is **Defendant's Unopposed Motion For Remand To State Court** [#13] filed November 10, 2008. After careful review of the unopposed motion and the file, the court has concluded that the motion should be granted and that this action should be remanded to the District Court, Denver County, State of Colorado, where it was initially filed as Case No. 2008CV8240.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant's Unopposed Motion For Remand To State Court** [#13] filed November 10, 2008, is **GRANTED**; and

2. That this action is **REMANDED** to the District Court for the City and County of Denver, Colorado (where it was initially filed as Case No. 2008CV8240).

Dated November 12, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**